IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA               PLAINTIFF

    V.              Criminal No. 05-20058

CHUCKY L. WANTON                       DEFENDANT

## O R D E R

On this 12th day of June 2006, there comes on for consideration the report and recommendation filed on May 25, 2006, by the Honorable Beverly Stites Jones, United States Magistrate for the Western District of Arkansas. (Doc. 70). Defendant has not filed written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's motions to suppress (Docs. 53 & 58) are hereby DENIED.

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge