AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Chucky L. Wanton | ) Case No: 2:05CR20058-001 |
| | ) USM No: 07527-010 |
| Date of Previous Judgment: September 25, 2006 | ) pro se |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 33 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 135 to 168 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant's offense was determined to involve 52.22 kilograms of cocaine base, in excess of 4.5 kilograms, which causes his adjusted base offense level to remain at 38.

Except as provided above, all provisions of the judgment dated 09/25/2006 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 24, 2008

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

_____
Judge's signature

Effective Date: _____
(if different from order date)

MAR 2 4 2008

Honorable Robert T. Dawson, U.S. District Judge
Printed name and title

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK