IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DISTRICT

UNITED STATES OF AMERICA                              PLAINTIFF/RESPONDENT

v.             Civil No.      2:09-CV-02021-RTD
               Criminal No.   2:05-CR-20058-RTD

CHUCKY L. WANTON                                       DEFENDANT/MOVANT

**O R D E R**

Movant, a federal prisoner presently housed at the El Reno Federal Correctional Institution, has filed a Motion Under 28 U.S.C. Section 1651 (a) for review by this court (Doc. 98). Having reviewed the motion, Respondent is ordered to file a response within thirty (30) days from the date of this order.

IT IS SO ORDERED this 16th day of March.

/s/ J. Marschewski
Hon. James R. Marschewski
United State Magistrate Judge