```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                        PLAINTIFF/RESPONDENT

    v.                         Civil No. 09-2021
                              Crim. No. 05-20058

CHUCKY L. WANTON                                DEFENDANT/PETITIONER

## **ORDER**

Now on this 21st day of May 2009, there comes on for consideration the report and recommendation filed herein on April 28, 2009, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 103). The parties did not file written objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion (Doc. 98) and the Motion for Reconsideration (Doc. 102) are DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                              /s/ Robert T. Dawson
                                              Honorable Robert T. Dawson
                                              United States District Judge